IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUN. DIV.
2012 AUG 28 PM 2: 29
CLERK_____
SO. DIST. OF GA.

JAMES MICHAEL RANSOM, II,

    Petitioner,

vs.

    CIVIL ACTION NO.: CV212-078

UNITED STATES OF AMERICA,

    Respondent.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections were filed. In his Objections, Petitioner James Ransom ("Ransom") recognizes that a 28 U.S.C. § 2255 motion is unavailable to him, as he is time-barred from bringing one of these motions. Ransom also recognizes that there is not a decision by the United States Supreme Court which is retroactively applicable to cases on collateral review which would provide him with his requested relief. However, Ransom asserts that his sentence should be corrected because his Fifth Amendment right against double jeopardy was violated because he was sentenced erroneously under two (2) statutes.

Ransom's Objections are without merit and are **overruled**. Rather than objecting to the Magistrate Judge's determination that Ransom does not satisfy the savings clause of section 2255, Ransom readily admits he does not. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Respondent's

AO 72A
(Rev. 8/82)

Motion to Dismiss is **GRANTED**. Ransom's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 26 day of August, 2012.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)